Filed by ___ TB ___ D.C.

Nov 22, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20887-CR-SCOLA/OTAZO-REYES**

18 U.S.C. § 2243(b)
18 U.S.C. § 2242(1)
18 U.S.C. § 2241(a)(1)

UNITED STATES OF AMERICA

vs.

DAMON COLEMAN,

     Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sexual Abuse of a Ward
### (18 U.S.C. § 2243(b))

On or about June 3, 2016, in a Federal prison and in any prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the Attorney General, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMON COLEMAN,**

did knowingly engage in a sexual act with another person, that is, E.C., who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, Damon Coleman, in violation of Title 18, United States Code, Section 2243(b).

### COUNT 2
### Sexual Abuse by Threat
### (18 U.S.C. § 2242(1))

On or about June 3, 2016, in a Federal prison and in any prison, institution, and facility in

which persons are held in custody by direction of and pursuant to a contract or agreement with the Attorney General, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMON COLEMAN,**

did knowingly cause another person, that is, E.C., to engage in a sexual act by threatening and placing E.C. in fear, in violation of Title 18, United States Code, Section 2242(1).

**COUNT 3**
**Aggravated Sexual Abuse by Force**
**(18 U.S.C. § 2241(a)(1))**

On or about June 3, 2016, in a Federal prison and in any prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the Attorney General, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMON COLEMAN,**

did knowingly cause another person, that is, E.C., to engage in a sexual act by using force against E.C., in violation of Title 18, United States Code, Section 2241(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DAMON COLEMAN, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** | **Superseding Case Information:** |
| _____/ | |

**Court Division**: (Select One)

| | | | | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|---|
| x | Miami | ____ | Key West | | Number of New Defendants | ____ | |
| ____ | FTL | ____ | WPB | ____ FTP | Total number of counts | ____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take     7-10     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I      0 to  5 days       ____              Petty       ____
   II     6 to 10 days       x                 Minor       ____
   III    11 to 20 days      ____              Misdem.     ____
   IV     21 to 60 days      ____              Felony      x
   V      61 days and over   ____

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.         _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____      District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?         Yes ____   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?         Yes ____   X   No

_____
BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 18055

*Penalty Sheet(s) attached                                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** DAMON COLEMAN

**Case No:** _____

Count #:1

Sexual Abuse of a Ward

Title 18, United States Code, Section 2243(b)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #:2

Sexual Abuse by Threat

Title 18, United States Code, Section 2242(1)

**\*Max. Penalty:** Life Imprisonment

Count #:3

Aggravated Sexual Abuse by Force

Title 18, United States Code, Section 2241(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**