UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20887-Cr-SCOLA

UNITED STATES OF AMERICA

v.

DAMON COLEMAN,

        Defendant.
_____/

### STIPULATED FACTUAL BASIS

The United States and DAMON COLEMAN hereby stipulate and agree that had this matter proceeded to trial, the United States would have offered evidence and testimony to establish the following factual basis beyond a reasonable doubt:

At all relevant times, DAMON COLEMAN ("COLEMAN") was a Correctional Officer employed by the Federal Bureau of Prisons, and working at the Federal Detention Center in Miami, Florida ("FDC Miami"), in Miami-Dade County, in the Southern District of Florida. On June 2 and 3, 2016, COLEMAN was working as the Correctional Officer assigned to the 10:00 p.m. to 6:00 a.m. shift in Unit 5-East in FDC Miami.

At all relevant times, FDC Miami was a Federal prison, and an institution and facility in which persons were held in custody by direction of and pursuant to a contract or agreement with the Attorney General of the United States. Unit 5-East at FDC Miami housed female inmates and detainees.

On June 2 and 3, 2016, E.C. was a female person who held in custody at FDC

Miami by direction of and pursuant to a contract or agreement with the Attorney General of the United States. E.C. was housed alone in cell A03-020 in Unit 5-East at FDC Miami. E.C. was in official detention awaiting sentencing after pleading guilty to Federal criminal charges, and she was under the custodial, supervisory, and disciplinary authority of COLEMAN.

On June 3, 2016, at approximately 5:15 a.m., COLEMAN entered cell A03-020, and engaged in a sexual act with E.C. Specifically, COLEMAN engaged in vaginal intercourse with E.C., by having his penis make contact with E.C.'s vulva. COLEMAN then ejaculated on the blanket on E.C.'s bed.

After receiving information from another inmate about a possible relationship between COLEMAN and E.C., on June 22, 2016, FDC officials questioned E.C. about COLEMAN's entry into her cell during the morning of June 3, 2016. After E.C. stated that COLEMAN had engaged in the above-described sexual act with her on the morning

(Remainder of page intentionally left blank)

of June 3, 2016, FDC officials retrieved the blanket that had been in E.C.'s cell, DNA testing revealed, among other things, that there was a mix of COLEMAN's semen and E.C.'s bodily fluids.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 5/18/17        By: _____
                          Edward N. Stamm
                          Assistant United States Attorney

Date: 5/18/17        By: _____
                          Breezye Telfair
                          Assistant United States Attorney

Date: 5/16/17        By: _____
                          Marc Seitles
                          Attorney for Defendant

Date: 5/16/17        By: _____
                          Damon Coleman
                          Defendant

3