

**Department of Veterans Affairs**
Medical Center
1201 Northwest 16th Street
Miami, FL 33125-1693

In Reply Refer To: 546/116A11
SSN 6534

October 12, 2017

Coleman, Damon


Dear Mr. Coleman

    Your referral to the Post-Traumatic Stress Disorder Clinical Team (PCT) was reviewed by the interdisciplinary treatment team. Your reported pattern of problems and symptoms appears to be consistent with individuals who suffer from military PTSD. As such, you have been enrolled in the PCT clinic for medication management.

    We are happy to welcome you to the PTSD Outpatient Clinic (PCT) and to inform you that you have been scheduled for the PCT Orientation meeting which will be held on, **November 07, 2017**. The meeting will take place at the **Community Living Center**, please report to **room CLC423, at Community Living Center** to check-in and we **will begin promptly at 10:00 a.m.** The orientation will last until approximately 1:00p.m.

    During this meeting, you will be provided with information about the clinic and the PCT policies and guidelines. Education on common reactions to trauma will be provided, as well as a review of basic coping skills. A presentation will also be made regarding the various treatment options available to you in the PCT. PCT clinicians will be available for assistance during this meeting and will help you in making the most appropriate and beneficial choice(s) regarding what treatment is best for you. We look forward to working with you and assisting in your recovery process.

    Also, you are to continue your medication management appointments with **Dr. Giron on November 07, 2017@1430 pm. Located on the 5th floor, room B509.**

    We want to welcome you to the PCT clinic and look forward to working with you. If you need further information, please contact the PCT clinic at (305) 575 7000, extension 3669 or 3813.

Sincerely,

*Camille Gonzalez*
Camille Gonzalez, Psy. D.
PCT/PTSD Staff Psychologist

1180 Forest Ave #4A
Bronx, NY 10456

June 4, 2017

Dear Honorable Judge Scola,

My name is Marc Wayne Coleman Jr and I have been trying to find the words to write this letter for over a week now. Soon you will have the task of sentencing my brother Damon R Coleman. As you do this, I would like to appeal to you to take a few things into consideration.

I am aware of my brother's conduct that led to his arrest. Our entire family was and still is in shock at the news of him committing this offence and his subsequent arrest. Damon had never done anything in his life to bring disappoint to our mother, whom we lost 3 years ago or any member of our family. On the contrary, he has always been a source of pride and positivity to all.

As his older brother, I have lived closely with him, sharing a room and struggles. Coming from a broken home, we faced many difficulties growing up, however; I can tell you that going through it with my brother made those challenges easier to face. We were always able to see the bright side and something funny in the darkest of situations. Damon's sense of humor, sensitivity and desire to do and be better than those around us was a constant source of inspiration to me and all in the family.

My brother has never used drugs and has never had a criminal record. After graduating High School, my brother enlisted in the United States Marine Corps and served his country honorably during the Gulf War. Upon his return home Damon immediately embarked on his career in Law Enforcement which was a major source of pride to all in the family but especially so to our mother. Losing her in 2014 was a heavy blow to all in the family as she was the moral compass and spiritual conscious of the entire family. Her death left a void particularly in the heart of Damon as she was always able to say the right thing to help him deal with the daily struggles of raising a family and the stress of Law Enforcement. However; in our subsequent conversation since the revelations of his offence he has made clear to me that his actions were not an appropriate measure in combating grief and emotional pain.

Your Honor. I realize that you are obliged to make sure justice is done and that those you sentence are rehabilitated and punished and that you protect the society at large. I do not believe that society needs to be protected from my brother. He has been integral part of his community for over 16 years and has for his part been a source of protection for said community within that space of time as well. His work for the Bureau of Prisons and the greater community has had a positive impact upon thousands of lives.

My brother made a mistake but that mistake should not define who he is. As human beings, we are all susceptible to making bad decisions but we also have the power within to change and remedy things to the best of our abilities and Damon is doing so. As for his length of sentence? I would only ask you that you take into consideration that he has already paid dearly for his mistake. He has lost a job and career that he has had for over 20+ years. Along with all the benefits he amassed for him and his family. He has lost his good standing in his community that he loved. He has also lost his saving s for the future. More importantly, he will be losing the greatest commodity we have all have in this life, time. Time away from his family. Consisting of his 4 daughters and 3 adopted younger children. He is a devoted husband and father and this whole ordeal has taken a toll on them the most. Any leniency you can provide will assist them in putting the pieces of their life back together again. Thankfully; our family has been bent but not broken by this ordeal.

I am confident that Damon has learned from this incident as he has emerged as a better husband, father and man. As a spiritually renewed man he is paying his gained wisdom forward and once again becoming a source of inspiration and encouragement to those around him. I speak for my entire family when I say that we love him and will continue to support him. We wish him the best outcome regarding this case. Your Honor, I thank you for taking the time to read my letter.

Sincerely,

*Marc W Coleman Jr*

June 5th, 2017

Honorable Judge Robert N. Scola, Jr.
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-3
Miami, Florida 33128

Re: Mr. Damon Coleman

Dear Honorable Judge Scola,

I am writing this reference letter in support of Mr. Damon Coleman. Damon is my older cousin who is influential in my life. Damon is a family man, who is a father, a husband, a brother, an uncle, and a cousin. He is a human being who makes mistakes.

Damon is a positive influence in my life. Since we were kids, growing up in New York City, he has aways supported staying away from drugs, getting an education, getting a job, and staying out of trouble. He stressed the imporance of not becoming another black male statistic. Damon was not only my cousin but played the role of my older brother.

Damon is one of the few males in our hugh family to stress the importance of family. He has taught me that family comes first. He preaches children are a blessing too be treasured, cared for, and protected. He has lead by example that a man keeps a job and provides for his family. These are a few of the most valuable life lessons I have learned from Damon.

Damon is mentor for many males to discuss the trials, tribulations, struggles, and joy's of life. On many occasions, we discussed economics, history, and politics. We especially conversed about marriage, work, retirement, vacations, our kids college education and the stress of being a provider. Damon has lots of wisdom share and lots of love for others.

If you have any questions contact me at 718-930-6268.

Sincerely,

*A. J. Solomon*

Adrian T. Solomon, Esq.



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, NEW YORK DISTRICT
CAVEN POINT MARINE TERMINAL
3 CHAPEL AVENUE, PORT LIBERTE
JERSEY CITY, NJ 07305

May 24, 2017

Honorable Scola:

I have had the pleasure of knowing Damon Coleman for twenty five years. I have known Damon since 1992 when he started work at U.S, Army Corps of Engineers with the New York District as a Survey Technician. Damon accepted a job with the federal Department of Correction (DOC) in Manhattan, NY in 1994 and transferred to DOC in Miami, Florida for a better quality of living for his family. Damon has been a friend, more like a brother and had the pleasure of meeting and knowing his wife Tijuana and their four daughters with an addition of three more children years later.

In all the years I've known Damon, he always wanted a better life for his family by emphasizing the importance of his children getting a quality education. I watched Damon interacted with his daughters while he lived in New York which was good to see. His children are educated and are leading productive lives due to me witnessing while he lived in NYC a good father to daughters relationship although he would have liked to borrow my sons just to throw the football around a little... Damon and Tijuana has done a phenomenal job and are continuing the same for their youngest three children.

I acknowledge Damon's bad judgement almost a year ago but, he has accepted God into his life and has repented for his mistake. As we all are imperfect, I believe in second chances.

Damon is a good man and a man who loves his family more than anything. I ask for mercy.

Please don't hesitate to contact me (646-879-1032) with any questions.

Regards,

*Reginald Smith*
Reginald Smith

*Kingdom Hall of Jehovah's Witnesses*
*9501 SW 117 Ave*
*Miami, Fl 33193*

June 14, 2016

Ref: Damon Coleman - Character Letter

To Judge Robert S. Scola Jr.:

I am an ordain minister of Jehovah's Witnesses. I've been giving Mr. Damon Coleman bible lesson about 2-3 months prior to his arrest. He was looking to conform his life according to Jehovah God by learning and adhering to bible laws and principles. He was progressing very well. Then he got arrested in Nov 2016. Once he was released, he resumed his studies with me with continued progress. Damon's zeal for Biblical Truth has grown tremendously. His family is reaping the benefits of his transition. Damon spends time with his 3 young children, teaching and guiding them according to biblical laws and principles. Mr Coleman has been attending all of our congregation meetings twice a week, Tuesday 7:30 - 9:30pm & Sunday 1 - 3pm, participating and having an interchange of encouragement among the congregation members & visitors on top of our weekly bible studies I give him.

I understand his crime is having an adulterous relationship at work. Having an adulterous relationship is totally against bible laws & principles. This has been discussed in his studies where an adulterous relationship cannot happen again and will prevent him from getting baptized. Adhering to bible laws & principle is the best form of reformation if the individual takes it to heart. I strongly believe Damon has taken it to heart. For this, I ask that you please consider lenience toward Mr Damon Coleman. His wife and children need the kind of a husband and father he has become. Time away from his family will be devastating and hurt his family resulting in another statistic. The purpose of prison is to reform an individual. Well, the reformation is well along with his theocratic studies. I plead your leniency allow me to continue with this reformation process I'm giving him.

I thank you for your time and consideration.

Sincerely,

Gary Labady
Elder / Ordained Minister of Jehovah's Witnesses

To the Honorable Judge R. Scola

My name is Alberto Gonzalez

I am a lifelong friend of Mr. Coleman, So much so we consider ourselves brothers. We grew up in the same neighborhood in New York. Our friendship extends 39 years. Even though our careers and family life took us in different paths we always stayed in touch with each other, even to this very day. I visit him and his family at least once a year, that is how close we are.

I consider Damon A great Father, Husband, and Friend.
You don't have to take my word for it, I'm sure there are plenty family and friends who would echo my opinion.

Your Honor an example of his character
As I'm writing this letter June 4, 2017. I was on the telephone with Damon earlier, And even though he is currently going through his own issues, trials and tribulations, he has been there to comfort me through my medical dilemma. I was recently diagnosed with type 2 diabetes. And was less energetic that day as he's done so many times over the years, reassured me and reminded me of my inner strength and fortitude over the obstacles life throws everyone at everyone. And he reminded to rely on strength in God, Family and yes true friends.

As always when we converse on the phone We could go on for hours, but as usual, he would have to end the call to attend to his his children, either helping with homework, taking them to park.

As far as being a husband, Father and great provider. He is right up there with the very best I say that from witnessing him and or listening over the phone There is not one call I have had with him, that if he's around his children he isn't still involved with them. Making sure they've eaten lunch, to cooking and getting them washed and doing homework etc. You can definitely call him hands on to raising his children. Your Honor I remind you these are three children he adopted to keep them all together, from a family member who disowned them. And he already had raised four daughters of his own. I MAKE NO EXCUSES for Damon actions that day.

Damon has told many, many times me he regrets his bad decision, and the devastation it has caused his entire family But I ask you to look at his time of service in the Marine Corps, his 3years civilian service to the Army

Corps of Engineers and for the twenty-two years for the Federal Bureau of Prisons. PLEASE have mercy. He is a good man and made a very bad mistake in judgment.

Ending, I would like to add. Mr. Coleman is an exceptional man.. He always thinks of others first. I am proud to call him my Friend my Brother.

Thank You for Reading Your Honor,

Signed
Mr. Gonzalez, Alberto
*[signature]*

**From:** DAMON COLEMAN [mailto:dlcoleman229@gmail.com]
**Sent:** Friday, June 23, 2017 5:04 PM
**To:** Marc Seitles
**Subject:** Character Letter from sister



Sent from my iPhone

Begin forwarded message:

**From:** mackmoma2 <mackmoma2@aol.com>
**Date:** June 6, 2017 at 5:52:19 PM EDT
**To:** dlcoleman229@gmail.com

the Honorable Judge Scola

Damon Coleman is a good man. He is a hard working family man and wonderful father. Anybody that knows him will say the same. He is an amazing brother. He has always been there for me and the rest of my siblings. He has kept my family together. My children adore him for being their fun uncle. He is person you want by your side when your going through things. When you need advice or just a listening ear he's the guy. He has a host of friends and family who truly loves him and will never turn our backs on him.
He has made a tremendous mistake by going against the oath he took for the federal government and he is paying for it mentally and financially. His family is paying as well. We all fall short of the glory of God and need forgiveness.


Sent from my MetroPCS 4G LTE Android Device